# Law Office of Ronald V. De Caprio

Ronald V. De Caprio, Principal                                                                 18 Laurel Road

FEDERAL AND STATE COURTS
OF NEW YORK AND NEW JERSEY

---

> **Application granted.**
>
> The Clerk of Court is respectfully requested to terminate the letter motion pending at Doc. 6.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        November 19, 2025

*VIA ELECTRONIC FILING SYSTEM (ECF)*

Hon. Philip M. Halpern
United States District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and U.S. Courthouse
300 Quarropas Street, Courtroom 520
White Plains, New York 10601-4150

    Re:    <u>Amy Milo, as Administratrix v. George Phelan, et al.</u>
             Civil Docket Case No. 7:25-cv-07609-PMH

             <u>In re: George J. Phelan</u>
             USBC-SDNY Case No. 25-B-22327 (SHL)
             My File No. 3000.320

Dear Judge Halpern:

    I am Counsel to Appellant George Phelan ("Appellant" or "Mr. Phelan" or "Appellant").

    Appellant's Brief is due on Monday, November 24, 2025.

    On behalf of Appellant, I respectfully request an enlargement of time to submit Appellant's Brief from Monday, November 24, 2025, to Friday, December 12, 2025, together with an enlargement of time for Amy Milo, as Administratrix of the Estate of Elizabeth Phelan ("Appellee" or "Ms. Milo") to submit her Appellee's Brief to Friday, January 26, 2026.

    This application is made to accommodate professional commitments. It is made with the consent of H. Bruce Bronson, Esq., Counsel to Appellee.

    This is Appellant's first request for an enlargement of time.

                                                  Yours,



                                                  Ronald V. De Caprio

cc:    George Phelan (via email transmission)
       H. Bruce Bronson, Esq. (via ECF)